JS-6

KATESSA C. DAVIS, CA Bar No. 146922
katessa.davis@ogletreedeakins.com
KATHLEEN J. CHOI, CA Bar No. 284428
kathleen.choi@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
TEAM INDUSTRIAL SERVICES, INC.

**FILED**
**CLERK, U.S. DISTRICT COURT**
November 25, 2016.
**CENTRAL DISTRICT OF CALIFORNIA**
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HODGE, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>TEAM INDUSTRIAL SERVICES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:16-cv-01467 SJO(KSx)<br><br>**ORDER APPROVING  JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(ii)]<br><br>Complaint Filed: January 29, 2016<br>Trial Date:          February 21, 2016<br>District Judge:    Hon. S. James Otero<br>Magistrate Judge: Hon. Karen L. Stevenson |

1   The Joint Stipulation for Dismissal ("Stipulation") was submitted by Plaintiff
2   CHARLES HODGE ("Plaintiff") and Defendant TEAM INDUSTRIAL SERVICES,
3   INC. ("Defendant") to the above-captioned Court, the Honorable S. James Otero,
4   United States District Judge, presiding.  A true and correct copy of the Stipulation is
5   attached hereto as Exhibit "A."
6   The Court, having read and considered the Stipulation, and good cause
7   appearing therefore,
8   **IT IS HEREBY ORDERED** that the Stipulation is approved and the entire
9   action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each
10  party shall bear its own attorneys' fees and costs.

12  **IT IS SO ORDERED**.

14  DATED:  ___November 25, 2016        By: _____
15                                          Hon. S. James Otero
                                            United States District Judge